■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR MIRANDA, Appellant.

We have reviewed defendant's remaining contentions and find them to be without merit. (Appeal from Judgment of Onondaga County Court, Cunningham, J.—Criminal Sale Controlled Substance, 1st Degree.) Present—Denman, P. J., Callahan, Boomer, Lawton and Davis, JJ.